# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

MARTIN ORTA,

        Plaintiff,

v.                                Case No. 18-CV-1492

COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,
        Defendant.

# ORDER

Martin Orta, proceeding pro se, filed this action on September 24, 2018. (ECF No. 1.) His initial brief was due January 7, 2019. (ECF No. 5.) Nothing was filed. On February 21, 2019, the Commissioner moved to dismiss this action for failure to prosecute. (ECF No. 12.) Orta has not responded. Therefore, the Commissioner's motion to dismiss (ECF No. 12) is granted. This action is dismissed pursuant to Civil Local Rule 41(c) (E.D. Wis.). The Clerk shall enter judgment accordingly.

      **SO ORDERED.**
Dated at Milwaukee, Wisconsin this 22nd day of March, 2019.

                                                  WILLIAM E. DUFFIN
                                                U.S. Magistrate Judge